# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 01, 2015

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 14-14392-GG
Case Style: USA v. Louie Salemi
District Court Docket No: 6:14-cr-00006-CEM-TBS-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 14-14392-BB

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LOUIE ANTHONY SALEMI,

Defendant - Appellant.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE:    TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss the appeal with prejudice is GRANTED.